**2010–1109. State v. Dixon.**
Montgomery App. No. 23592, 2010-Ohio-2635. Reported at 126 Ohio St.3d 1585, 2010-Ohio-4542, 934 N.E.2d 356. On motion for reconsideration. Motion denied.

**2010–1110. 5455 Clarkins Drive, Inc. v. Ohio Liquor Control Comm.**
Franklin App. No. 10AP–339. Reported at 126 Ohio St.3d 1585, 2010-Ohio-4542, 934 N.E.3d 357. On motion for reconsideration. Motion denied.

**2010–1131. State ex rel. McGrath v. McDonnell.**
Cuyahoga App. No. 94819, 2010-Ohio-2610. Reported at 126 Ohio St.3d 511, 2010-Ohio-4726, 935 N.E.2d 830. On motion for reconsideration. Motion denied.

**2010–1171. State ex rel. Shepherd v. Mansfield Mun. Court.**
In Procedendo. Reported at 126 Ohio St.3d 1576, 2010-Ohio-4542, 934 N.E.2d 351. On motion for reconsideration. Motion denied.

**2010–1173. State ex rel. Krihwan v. Falkowski.**
Lake App. No. 2009–L–093, 2010-Ohio-2286. Reported at 126 Ohio St.3d 1564, 2010-Ohio-4334, 933 N.E.2d 814. On motion for reconsideration. Motion granted. Appellant shall file her merit brief within 20 days from the date of this entry. The parties shall otherwise proceed in accordance with S.Ct.Prac.R. 6.2 – 6.7.

PFEIFER and LANZINGER, JJ., dissent.

**2010–1183. Mercedes–Benz of W. Chester v. Am. Family Ins.**
Butler App. Nos. CA2009–09–244, CA2009–09–245, and CA2009–09–246, 2010-Ohio-2307. Reported at 126 Ohio St.3d 1599, 2010-Ohio-4928, 935 N.E.2d 45. On motion for reconsideration. Motion denied.

BROWN, C.J., and LANZINGER, J., dissent.

**2010–1213. Global Country of World Peace v. Mayfield Hts. Planning Comm.**
Cuyahoga App. No. 92848, 2010-Ohio-2213. Reported at 126 Ohio St.3d 1599, 2010-Ohio-4928, 935 N.E.2d 46. On motion for reconsideration. Motion denied.

PFEIFER and O'DONNELL, JJ., dissent.

**2010–1228. State v. Heft.**
Logan App. No. 8–10–05. Reported at 126 Ohio St.3d 1599, 2010-Ohio-4928, 935 N.E.2d 46. On motion for reconsideration. Motion granted to the following extent: Discretionary appeal accepted on Proposition of Law No. VII; cause held for the decision in 2010–1007 and 2010–1372, *State v. Lester*, Auglaize App. No. 2–10–20; and briefing schedule stayed.

PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

**2010–1272. Hanna v. Hanna.**
Knox App. No. 09CA037, 2010-Ohio-2548. Reported at 126 Ohio St.3d 1601, 2010-Ohio-4928, 935 N.E.2d 46. On motion for reconsideration. Motion denied.

**2010–1306. State ex rel. Gorrasi v. Hildebrandt.**
In Prohibition. Reported at 126 Ohio St.3d 1577, 2010-Ohio-4542, 934 N.E.2d 351. On motion for reconsideration. Motion denied.

**2010–1380. State v. Thomas.**
Hamilton App. No. C–090508. Reported at 126 Ohio St.3d 1579, 2010-Ohio-4542, 934 N.E.2d 353. On motion for reconsideration. Motion denied. Motion for review of records denied as moot.

PFEIFER, J., dissents.

# CASE ANNOUNCEMENTS
*December 2, 2010*

[Cite as *12/02/2010 Case Announcements*, 2010-Ohio-5836.]